UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

___

RICHARD JAMES SIMPSON,

    Plaintiff,    Case No. 1:09-cv-1048

v.    Honorable Paul L. Maloney

PRISON HEALTH SERVICES, INC. et al.,

    Defendants.
_____/

**ORDER DENYING LEAVE**
**TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES**

  In accordance with the memorandum opinion entered this day,

  IT IS ORDERED that Plaintiff is DENIED leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

  IT IS ALSO ORDERED that within thirty days hereof, Plaintiff shall pay the $350.00 filing fee to the Clerk of this Court. Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $350.00 filing fee.


Dated: November 23, 2009    /s/ Paul L. Maloney
                Paul L. Maloney
                Chief United States District Judge