UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

RICHARD JAMES SIMPSON,

       Plaintiff,                Case No. 1:09-cv-1048

v.                                       Honorable Paul L. Maloney

PRISON HEALTH SERVICES, INC. et al.,

       Defendants.
_____/

## **JUDGMENT**

      In accordance with the Order issued this date,

      **IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.


Dated:   January 11, 2010              /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       Chief United States District Judge